1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| CORRINE KRAMER | Civil Action No. 1:06-1853 OWW DLB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted 30 day extension of time, until August 24, 2007, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, December 19, 2006, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

1 | Dated:  July 23, 2007 | /s/ Charles D. Oren

2 | | CHARLES D. OREN,
  | | Attorney for Plaintiff.

3 | Dated: July 23, 2007

4 | | MCGREGOR SCOTT
  | | United States Attorney

5

6 | | By: /s/ John Cusker
  | | (as authorized via facsimile)
  | | JOHN CUSKER
7 | | Special Assistant U.S. Attorney

8

9 |       IT IS SO ORDERED.

10 |      **Dated:   July 24, 2007**         **/s/ Dennis L. Beck**
   |                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28