IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORINNE KRAMER, | ) | 1:06cv1853 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On December 19, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. The Court issued an order to show cause on November 9, 2007, why the action should not be dismissed for Plaintiff's failure to follow the Court's order.

On December 5, 2007, the parties submitted a stipulation of dismissal. Accordingly, pursuant to the parties' agreement, this action is DISMISSED. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   December 12, 2007**         /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1